IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

**MARTIN PORTER, et al.**

                    Plaintiffs,

vs.                                              Case No. 3:22-CV-05048-BCW

**KIMBERLING INN RESORT AND VACATION CLUB, et al.,**

                    Defendants**.**

# **PLAINTIFFS' NOTICE OF CORRECTION**

On May 26, 2023, Plaintiffs filed their *Suggestions in Support of Joint Motion for Preliminary Approval of Class Action Settlement and Award of Attorney Fees, Costs and Expenses and Incentive Award* (Doc. 44) with Exhibit A – *Proposed Settlement Agreement* (Doc 44-1). Plaintiffs inadvertently filed Exhibit A (Doc 44-1) missing page 4.

Plaintiffs file herewith a corrected Exhibit A to include the missing page 4.

Date: June 27, 2023        Respectfully submitted,

                                       **DOUGLAS, HAUN & HEIDEMANN, P.C.**
                                       901 E. St. Louis St., Suite 1200
                                       Springfield MO 65806
                                       Telephone: (417) 887-4949
                                       Fax: (417) 887-8618
                                       nick@dhhlawfirm.com

                                       By      /s/ Nickolas W. Allen
                                                Nickolas W. Allen
                                                Missouri Bar No. 69582
                                                Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users of record in this case.

By /s/ Nickolas W. Allen

**DHH  File No. 1749-022**