# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **MARTIN PORTER, et al.,** | **REQUEST FOR HEARING** |
| Plaintiffs, | |
| vs. | Case No. 3:22-CV-05048-BCW |
| **KIMBERLING INN RESORT AND VACATION CLUB, et al.,** | |
| Defendants. | |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEY FEES, COSTS AND EXPENSES AND INCENTIVE AWARD

**COME NOW**, Plaintiffs and Defendants, through counsel, and jointly move the Court to finally approve their Class Action Settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. In support of their motion, the parties state as follows:

1. On December 9, 2022, the parties mediated the present class action case with mediator Ron Mitchell.

2. The mediation resulted in a class settlement that provides substantial relief to Plaintiffs' proposed class, including resolving more than $13,000,000.00 in unpaid assessments Defendants claimed were owed by the proposed class.

3. On June 28, 2023, the Court entered its order preliminarily approving the Class Action Settlement. *See Order Preliminarily Approving Settlement* (Doc. 48).

4. The parties file contemporaneously herewith their *Suggestions in Support of Joint Motion for Final Approval of Class Action Settlement and Award of Attorney Fees, Costs and Expenses and Incentive Award* and incorporate same as if set out fully herein.

5. As stated more fully in the Parties' suggestions and the settlement agreement filed as Exhibit A, the parties have reached a class action settlement that is fair, reasonable, and adequate and meets the other requirements of Rule 23(e) for final approval of the class action settlement.

6. As a result, the parties ask the Court to finally approve their Class Settlement with the following previously certified settlement class:

> Individuals who owned a timeshare interest in Kimberling Inn Resort and Vacation Club as of June 29, 2022 and were assessed general and/or special assessments by Kimberling Inn Resort and Vacation Club at any time between August 19, 2013 and June 29, 2022.

**WHEREFORE**, the parties pray this Court enter its order finally approving the Class Action Settlement and for such other relief as the Court deems just and proper.

**DOUGLAS, HAUN & HEIDEMANN, P.C.**
901 E. St. Louis St., Suite 1200
Springfield MO 65806
Telephone: (417) 887-4949
Fax: (417) 887-8618
craig@dhhlawfirm.com
nick@dhhlawfirm.com

By /s/ Nickolas W. Allen
_____
Craig R. Heidemann
Missouri Bar No. 42778
Nickolas W. Allen
Missouri Bar No. 69582
Attorneys for Plaintiffs

LOWTHER JOHNSON
Attorneys at Law, LLC

By: /s/ Lee J. Viorel
Lee J. Viorel, MO Bar #36886
901 St. Louis, 20th Floor
Springfield, MO 65806
Telephone: 417-866-7777
Facsimile: 417-866-1752
lviorel@lowtherjohnson.com
*Attorney for Defendants*